```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                                  Case No. 16-00797-RNO
Robert A. Bennett                                                       Chapter 13
Jacqueline E. Bennett
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DDunbar           Page 1 of 1        Date Rcvd: Apr 18, 2017
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2017.
       +Devon J. Bennett,    51 Nace Drive,    Hanover, PA 17331-9410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2017 at the address(es) listed below:
       Barbara Ann Fein    on behalf of Creditor    Toyota Motor Credit Corporation JulieP@lobaf.com, lawofficeofbarbarafein@gmail.com
       Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
       James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
       Larry W. Wolf    on behalf of Debtor Robert A. Bennett ephillips@larrywwolf.com
       Larry W. Wolf    on behalf of Joint Debtor Jacqueline E. Bennett ephillips@larrywwolf.com
       Mary F Kennedy    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, tami@javardianlaw.com
       Philip C Warholic    on behalf of Creditor    Discover Bank pwarholic@jaffeandasher.com
       Recovery Management Systems Corporation    claims@recoverycorp.com
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                     TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert A. Bennett<br>Jacqueline E. Bennett<br><br>Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br><br>Movant<br>v.<br>Robert A. Bennett<br>Jacqueline E. Bennett<br><br>Debtor(s)/Respondent(s)<br><br>and<br>Devon J. Bennett<br><br>Additional Respondent<br><br>And<br>Charles J. DeHart, III Esq.<br><br>Additional Respondent | NO. 16-00797 RNO<br><br>11 U.S.C. Section 362 and 1301 |

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, the court reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay under 11 U.S.C. Section 362(d) and 11 U.S.C. Section 1301(a) is hereby terminated as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2012 TOYOTA COROLLA, VIN: 2T1BU4EE2CC885840 in a commercially reasonable manner.

By the Court,

Dated: April 18, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)