```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                          Case No. 16-00797-HWV
Robert A. Bennett                                               Chapter 13
Jacqueline E. Bennett
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DGeorge          Page 1 of 1          Date Rcvd: Mar 28, 2018
                              Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 4808101       E-mail/Text: bankruptcy.bnc@ditech.com Mar 28 2018 18:56:08      Bank of America, N.A.,
                c/o Ditech Financial LLC,    P.O. Box 6154,   Rapid City, SD 57709-6154
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2018 at the address(es) listed below:
              Barbara Ann Fein    on behalf of Creditor    Toyota Motor Credit Corporation speck@lobaf.com,
               BarbaraF@lobaf.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Larry W. Wolf    on behalf of Debtor 2 Jacqueline E. Bennett ephillips@larrywwolf.com
              Larry W. Wolf    on behalf of Debtor 1 Robert A. Bennett ephillips@larrywwolf.com
              Mary F Kennedy    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
               mary@javardianlaw.com,   tami@javardianlaw.com
              Philip C Warholic    on behalf of Creditor    Discover Bank pwarholic@jaffeandasher.com
              Recovery Management Systems Corporation     claims@recoverycorp.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:16-bk-00797-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Robert A. Bennett<br>51 Nace Drive<br>Hanover PA 17331 | Jacqueline E. Bennett<br>51 Nace Drive<br>Hanover PA 17331 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/27/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 16: Bank of America, N.A., c/o Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 | Real Time Resolutions, Inc.<br>1349 Empire Central Drive, Suite 150<br>Dallas, Texas 75247-4029 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/30/18

Terrence S. Miller
**CLERK OF THE COURT**